Marc V. Kalagian
Attorney at Law: 4460
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway Suite C-115
Santa Fe Springs, CA 90670
Tel.:  (562) 868-5886
Fax: (562) 868-5491
E-mail: marc.kalagian@rksslaw.com

Leonard Stone
Attorney at Law: 5791
Shook and Stone, Chtd.
710 South 4th Street
Las Vegas, NV 89101
Tel.: (702) 385-2220
Fax: (702) 384-0394
E-mail:  MRobles@shookandstone.com

Attorneys for Plaintiff Michelle Hannon

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHELLE HANNON, | ) Case No.:  2:25-cv-02474-EJY |
| | ) |
| Plaintiff, | ) STIPULATION TO EXTEND TIME |
| | ) OF TIME TO FILE PLAINTIFF'S |
| vs. | ) BRIEF AND [PROPOSED] ORDER |
| | ) |
| FRANK BISIGNANO, | ) (FIRST REQUEST) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| _____ | ) |

Plaintiff Michelle Hannon and Frank Bisignano, Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this Court's approval, to extend the time from March 19, 2026 to April 14, 2026, for Plaintiff to file her brief with all other deadlines as per the Supplemental Rules for Social Security Actions under 42 U.S.C. § 405(g) of the Federal Rules of Civil Procedure

-1-

extended accordingly. This is Plaintiff's first request for an extension. This request is made at the request of Plaintiff's counsel due to the press of business consisting of preparing for and participating in three administrative hearings and preparing a separate district court motion the same week that the brief in this case is currently due. This additional time will afford counsel enough time to thoroughly review the particularly long record in this case consisting of 3,094 pages and fully research and draft the issues presented.

DATE: March 16, 2026          Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

/s/ *Marc V. Kalagian*[1]

BY: _____
Marc V. Kalagian
Attorney for plaintiff Michelle Hannon

DATE: March 16, 2026          SIGAL CHATTAH
First Assistant United States Attorney

/s/ *Christopher Vieira*

BY: _____

Christopher Vieira
Special Assistant United States Attorney
|*authorized by e-mail|

**ORDER**

IT IS SO ORDERED.

DATED: March 16, 2026

_____
HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

---

[1] Counsel for the plaintiff attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

-2-